MILTON J. LEFKOWITZ, Respondent, v. MAURICE E. CHERONOWITZ et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

MAX RACHWALSKY, Respondent, v. WALTER A. FUTTER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

CHARLES J. MORREALE, Appellant-Respondent, and ANTHONY GRIPPO, Respondent, v. WADE J. KITCHENS, Appellant, and METROPOLITAN DISTRIBUTORS, INC., et al., Respondents.— Judgment unanimously affirmed, with costs to the defendants-respondents Metropolitan Distributors, Inc., and Anthony Grippo against the plaintiff-appellant Charles J. Morreale, and with costs to the plaintiffs-respondents Charles J. Morreale and Anthony Grippo, and the defendants-respondents Metropolitan Distributors, Inc., and Anthony Grippo against the defendant-appellant Wade J. Kitchens. No opinion. Present — Peck, P. J., Dore, Callahan, Heffernan and Bergan, JJ.

CLINTON CONSTRUCTION CORPORATION, Respondent-Appellant, v. JOSEPH H. HILLMAN et al., Appellants-Respondents, et al., Defendants.— Judgment, so far as appealed from, unanimously modified on plaintiff's appeal, so as to award interest to plaintiff from January 27, 1951, in accordance with the provisions of section 480 of the Civil Practice Act as amended and, as so modified, affirmed, with costs to plaintiff. The order appealed from is unanimously affirmed, without costs. Settle order on notice. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.

In the Matter of PHILIP SOPOLSKY et al., Appellants. MARY RAPPAPORT, Respondent.— Order affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Heffernan and Bergan, JJ.; Callahan and Van Voorhis, JJ., dissent and vote to modify in the following memorandum: Assuming that the 5% return was justified and within the discretion of the court we think the court erred in disallowing sums expended in maintaining and operating the property for lighting, painting and janitor services and a proper allowance in those respects would increase the rent fixed to the sum of $1,375 per annum.

CLARA HAMMER, Appellant, v. GEORGE HAMMER, Respondent.— Order unanimously reversed, with $20 costs and disbursements to appellant and the motion to dismiss the complaint denied, with leave to defendant to answer within ten days after service of a copy of the order, with notice of entry thereof, on payment of said costs and disbursements. It is implicit in the earlier decision (*Hammer* v. *Hammer,* 278 App. Div. 396, 940, affd. 303 N. Y. 481) that a good cause of action was pleaded in the complaint. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis, Heffernan and Bergan, JJ.